7196. KILLEBREW *v.* MAYOR AND COUNCIL OF WRIGHTSVILLE.

WADE, J. The judge of the superior court did not err in refusing to sanction the certiorari. The municipality had authority to pass the ordinance under which the defendant was convicted; and the fact that he had the right to conduct business in any city or county of the State of Georgia, without paying a license for the privilege of so doing, under the provisions of section 1888 of the Civil Code of 1910, did not authorize him to conduct within the limits of a city a business prohibited by proper ordinance, in the exercise of the police power inherent in the municipality.

(a) For the protection of lives and property a municipality has authority, under the general welfare clause of its charter, to prohibit the sale or handling of dangerous explosives within its limits.

       *Judgment affirmed.*

DECIDED APRIL 24, 1916.

Petition for certiorari; from Johnson superior court—Judge Kent. January 8, 1916.

*E. L. Stephens,* for plaintiff in error.

*B. H. Moye,* contra.